IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| | : | CRIMINAL NO. 3:16-CR-11 (CAR) |
| vs. | : | |
| | : | VIOLATIONS: 21 USC § 846 i/c/w |
| TONYA BOWEN and | : | 21 USC § 841(a)(1) |
| NICHOLAS LATTIMORE, | : | 21 USC § 841(b)(1)(A)(viii) |
| Defendants. | : | 18 USC § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Conspiracy to Possess with Intent to Distribute Methamphetamine**
**21 U.S.C. § 846 i/c/w 21 U.S.C 841(a)(1) and (b)(1)(A)(viii)**

That on or about January 1, 2015 to September 20, 2015, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TONYA BOWEN and NICHOLAS LATTIMORE,**

defendants herein, did unlawfully and willfully conspire with other persons, known and unknown to the Grand Jury, to knowingly, unlawfully and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams, in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

### COUNT TWO
**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)**

That on or about September 18, 2015, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TONYA BOWEN and NICHOLAS LATTIMORE**

1

defendants herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, knowingly, willfully and intentionally possession with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine in an amount over fifty (50) grams in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ *Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

TAMARA JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15th day of June, AD 2016.

Deputy Clerk

2