## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIM. NO. 3:16-CR-11-CAR** |
| **TONYA BOWEN,** | : | |
| | : | |
| **Defendant** | : | |
| _____ | : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case.  In order to make such a motion, the defendant must state under penalty of perjury that he is not guilty, and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent.  If DNA testing is done on your motion and the result show that you are in fact guilty, then the government could petition to the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system, or prosecuted for false assertions.  If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

RESPECTFULLY SUBMITTED, this 14th day of July, 2016.

G.F. "PETE" PETERMAN, III.
UNITED STATES ATTORNEY

BY:    */s/ Tamara Jarrett*
TAMARA JARRETT
Assistant United States Attorney
Georgia Bar Number 389629
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655

*Attorneys for the United States of America*

**<u>CERTIFICATE OF SERVICE</u>**

I, TAMARA JARRETT, Assistant United States Attorney, do hereby certify that I have

this date served the within and foregoing DNA NOTICE by electronically filing said with the

Clerk of the Court using the CM/ECF system and upon the Defendant by hand delivering a copy

of said motion to Defendant.

This 14th day of July, 2016.

                                       G.F. "PETE" PETERMAN, III.
                                       UNITED STATES ATTORNEY

BY:    */s/ Tamara Jarrett*
        TAMARA JARRETT
        Assistant United States Attorney
        Georgia Bar Number 389629
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655

        *Attorneys for the United States of America*